■ In the Matter of LARRY B. HAMEED, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously vacated and petition dismissed. Memorandum: Petitioner was not aggrieved by the adjustment committee report since no finding of guilt was

made. However, Special Term erred in directing a finding of guilt on a lesser charge, as it lacked the authority to do so. (Appeal from judgment of Supreme Court, Wyoming County, Conable, J.—art 78.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.